# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bough, Stephen R. | 2. Court or Organization<br><br>U.S. District Court - Western District of Missouri | 3. Date of Report<br><br>11/03/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address |
|---|
| U.S. Courthouse<br>400 E. 9th Street, Suite 7462<br>Kansas City, MO 64106 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President | Federal Bar Association - Western District of Missouri and District of Kansas |
| 2. | Board member | UMKC Law Foundation |
| 3. | Board member | Lawyers Encouraging Academic Performance |
| 4. | Advisory Board | Second Chance |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | Blake Heath purchased the assets of The Law Offices of Stephen R. Bough with a written agreement for 25% of the contingent fee at the end of the litigation |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bough, Stephen R. | 11/03/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Blake Heath Trial Attorney LLC, pursuant to the written agreement referenced in Part II. The agreeement is a fixed percenteage of the contingent fee. | $21,498.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Lewis Rice, salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Attorney Information Exchange Group | August 4 - 5, 2016 | Chicago, IL | Teach CLE | Transportation, Hotel |
| 2. | University of Georgia School of Law | October 14, 2016 | Athens, GA | Judge Mock Trial | Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bough, Stephen R. | 11/03/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Pembroke Hill | Tuition Agreement | K |
| 2. | Dept. of Educaiton - Direct Loan MOHELA | Student Loan | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bough, Stephen R. | 11/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | 529 Plan - ▆ (H) | | | | | | | | | |
| 2. | - Invest Portf Balanced PTF A | A | Dividend | K | T | | | | | |
| 3. | - Ivy Fund Asset Strategy E | | None | | | Sold | 04/26/16 | J | | |
| 4. | - Ivy Fund Real Estate Securities E | A | Dividend | | | Sold | 10/13/16 | J | | |
| 5. | - Ivy Science & Tech E | | None | | | Sold | 10/13/16 | K | | |
| 6. | - Ivy Limited-Term Bond E | A | Dividend | K | T | Buy | 10/13/16 | K | | |
| 7. | - Ivy Large Cap Growth E | | None | | | Buy | 04/26/16 | J | | |
| 8. | - Ivy Large Cap Growth E | | None | | | Sold | 10/13/16 | J | | |
| 9. | - Ivy Intern Core Equity E | | None | | | Buy | 04/26/16 | J | | |
| 10. | - Ivy Intern Core Equity | | None | | | Sold | 10/13/16 | J | | |
| 11. | Roth IRA - ▆ (H) | | | | | | | | | |
| 12. | - Ivy Asset Strategy A | | None | | | Sold | 02/05/16 | L | | |
| 13. | - Ivy Euro Opp A | | None | | | Buy | 02/05/16 | K | | |
| 14. | - Ivy Fund - Cundill Global Value A | | None | | | Sold | 02/05/16 | J | | |
| 15. | - Ivy Fund - Dividend Opp A | A | Dividend | | | Sold | 10/11/16 | L | | |
| 16. | - Ivy Fund - High Income A | C | Dividend | K | T | | | | | |
| 17. | - Ivy Fund - Small Cap Value Fund A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Ivy Global Income Alloc A | A | Dividend | K | T | | | | | |
| 19. - Ivy Global Real Estate A | A | Dividend | K | T | | | | | |
| 20. - Ivy Managed Inter Opp A | A | Dividend | K | T | | | | | |
| 21. - Ivy Mid Cap Growth A | A | Dividend | | | Sold | 02/05/16 | J | | |
| 22. - W & R Adv Core Invest A | | None | | | Sold | 10/11/16 | K | | |
| 23. - W & R Adv Sci & Tech A | | None | | | Sold | 10/11/16 | K | | |
| 24. - Ivy Mid Cap Income Opp A | A | Dividend | | | Buy | 02/05/16 | J | | |
| 25. - Ivy Large Cap Growth A | | None | | | Buy | 02/05/16 | K | | |
| 26. - Ivy Euro Opp A | | None | | | Sold | 10/11/16 | K | | |
| 27. - Ivy Large Cap Growth A | | None | | | Sold | 10/11/16 | K | | |
| 28. - Ivy Limited-Term Bond A | A | Dividend | | | Buy | 10/11/16 | M | | |
| 29. Simple 401K - ▓▓▓ (H) | | | | | | | | | |
| 30. - Ivy Fund Dividend Opp A | A | Dividend | K | T | | | | | |
| 31. - Ivy Fund High Income A | B | Dividend | K | T | | | | | |
| 32. - Ivy Global Income Alloc A | A | Dividend | K | T | | | | | |
| 33. - Ivy Global Nat Resource A | | None | | | Sold | 02/05/16 | J | | |
| 34. - W & R Adv Core Invest A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bough, Stephen R. | 11/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Ivy Euro Opp A | A | Dividend | J | T | Buy | 02/05/16 | J | | |
| 36. ▆▆▆ - ▆▆▆ (H) | | | | | | | | | |
| 37. - Ivy Fund Real Estate Sec A | A | Dividend | | | Sold | 10/11/16 | L | | |
| 38. - Ivy Fund Small Cap Value A | B | Dividend | K | T | | | | | |
| 39. - Ivy Global Income Alloc A | A | Dividend | | | Sold | 03/23/16 | K | | |
| 40. - Ivy Managed Intern Opp A | A | Dividend | | | Sold (part) | 03/23/16 | K | | |
| 41. - W & R Adv Asset Strat A | | None | | | Sold | 02/05/16 | K | | |
| 42. - W & R Adv Core Invest A | B | Dividend | K | T | | | | | |
| 43. - W & R Adv Global Bond A | A | Dividend | | | Sold | 03/23/16 | J | | |
| 44. - W & R Advisors Divident Opp A | A | Dividend | | | Sold (part) | 05/09/16 | J | | |
| 45. - W & R Advisors Sci & Tech | | None | | | Sold (part) | 05/09/16 | K | | |
| 46. - W & R Advisors Sci & Tech | | None | | | Sold (part) | 07/11/16 | K | | |
| 47. - W & R Advisors Sci & Tech | | None | | | Sold | 10/11/16 | J | | |
| 48. - W & R Advisors Divident Opp A | A | Dividend | | | Sold | 10/11/16 | J | | |
| 49. - Ivy Tax-Managed Equity A | | None | J | T | Buy | 02/05/16 | J | | |
| 50. - Ivy Apollo Multi-Asset Income A | A | Dividend | | | Buy | 02/05/16 | J | | |
| 51. - Ivy Limited-Term Bond A | A | Dividend | | | Buy | 10/11/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bough, Stephen R. | 11/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 529 Plan - ▮▮▮▮ (H) | | | | | | | | | |
| 53. - Invest Portf Balanced PTF A | | None | | | Sold | 10/13/16 | K | | |
| 54. - Ivy Fund Asset Strategy E | | None | | | Sold | 04/26/16 | K | | |
| 55. - Ivy Fund Intern Balanced E | | None | | | Sold | 04/26/16 | J | | |
| 56. - Ivy Mid Cap Growth E | | None | | | Sold | 10/13/16 | J | | |
| 57. - Ivy Large Cap Growth E | | None | | | Buy | 04/26/16 | J | | |
| 58. - Ivy Large Cap Growth E | | None | | | Sold | 10/13/16 | J | | |
| 59. - Ivy International Core Equity E | | None | | | Buy | 04/26/16 | J | | |
| 60. - Ivy International Core Equity E | | None | | | Sold | 10/13/16 | J | | |
| 61. - Ivy Limited-Term Bond E | A | Dividend | | | Buy | 10/13/16 | L | | |
| 62. Exclusive K - ▮▮ (H) | | | | | | | | | |
| 63. - Ivy Fund Dividend Opp A | A | Dividend | | | Sold | 10/11/16 | K | | |
| 64. - Ivy Fund Small Cap Value A | A | Dividend | K | T | | | | | |
| 65. - W & R Adv Core Invest A | | None | | | Sold | 10/11/16 | K | | |
| 66. - W & R Advisors New Concepts A | | None | | | Sold | 10/11/16 | K | | |
| 67. - Ivy Euro Opp A | A | Dividend | K | T | Buy | 01/08/16 | K | | |
| 68. - Ivy Apollo Multi-Asset Income A | A | Dividend | K | T | Buy | 01/08/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Ivy Limited-Term A | A | Dividend | L | T | Buy | 10/11/16 | L | | |
| 70.  Roth IRA - ▩ (H) | | | | | | | | | |
| 71.  - W & R Adv Continental Inc A | A | Dividend | J | T | | | | | |
| 72.  - W & R Adv High Income A | A | Dividend | J | T | | | | | |
| 73.  - W & R Advisors New Concepts A | A | Dividend | J | T | | | | | |
| 74.  - W & R Advisors Science & Tech A | | None | J | T | | | | | |
| 75.  - W & R Advisors Small Cap A | A | Dividend | J | T | | | | | |
| 76.  UTMA - ▩ (H) | | | | | | | | | |
| 77.  - Ivy Euro Opp A | | None | J | T | Buy | 02/05/16 | J | | |
| 78.  - Ivy Small Cap Value A | | None | | | Sold | 10/11/16 | J | | |
| 79.  - Ivy Global Nat Resource A | | None | | | Sold | 02/05/16 | J | | |
| 80.  - Ivy Euro Opp A | | None | | | Sold | 10/11/16 | J | | |
| 81.  - Ivy Limited-Term Bond A | A | Dividend | | | Buy | 10/11/16 | J | | |
| 82.  Individual TOD - ▩ (H) | | | | | | | | | |
| 83.  - W & R Adv Core Invest A | | None | | | Sold | 01/07/16 | K | | |
| 84.  - Ivy Real Estate Sec A | | None | | | Sold | 01/07/16 | J | | |
| 85.  - W & R Adv Science & Tech A | | None | | | Sold (part) | 01/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bough, Stephen R. | 11/03/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - W & R Adv Science & Tech A | | None | | | Sold | 10/11/16 | J | | |
| 87. - Ivy Global Income Alloc A | | None | | | Sold | 01/07/16 | J | | |
| 88. - W & R High Income A | A | Dividend | | | Sold | 01/07/16 | K | | |
| 89. - Ivy Limited-Term Bond A | A | Dividend | | | Buy | 10/11/16 | J | | |
| 90. Rental House - Gregory-Kansas City MO | D | Rent | | | Sold | 09/16/16 | M | | |
| 91. Missouri Bank & Trust | A | Int./Div. | K | T | | | | | |
| 92. Vanguard Prime Money Mkt Fund | | None | | | Sold | 01/08/16 | J | | |
| 93. American Funds AMCAP Fund | | None | | | Sold | 01/08/16 | J | | |
| 94. American Funds Capital World Bond | | None | | | Sold | 01/08/16 | J | | |
| 95. American Funds Euro Pacific Growth | | None | | | Sold | 01/08/16 | J | | |
| 96. American Funds New Perspective | | None | | | Sold | 01/08/16 | J | | |
| 97. Lewis Rice Profit Sharing BOK Financial TRP Retire 2035 | A | Dividend | K | T | | | | | |
| 98. Lewis Rice 401K BOK Financial TRP Retire 2035 | A | Dividend | J | T | | | | | |
| 99. American Funds Fundamental Investors | | None | | | Sold | 01/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bough, Stephen R. | 11/03/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I inadvertently failed to list the sale of two assets in 2015.

68. Rental House - Rymeg - Belton MO, sold on July 1, 2015 for Value Code M
69. Rental House - Holmes - Kansas City MO, sold on Sept. 11, 2015 for Value Code M

In Part VII, line 90 of my original report I listed the sell of my "Rental House -Rymeg-Belton MO" on 09/16/16.  In thethis Amended report I have fixed the error. I sold the "Rental House-Gregory - Kansas City MO" on 09/16/16.  I apologize for the error.

Please accept my apology.

| Name of Person Reporting | Date of Report |
|---|---|
| Bough, Stephen R. | 11/03/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen R. Bough**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544